**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFF HUBBARD PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>43 NORTH BROADWAY LLC,<br><br>Defendant. | CIVIL CASE NO.: 7:25-cv-09821-PMH |
| 43 NORTH BROADWAY LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JEFF HUBBARD PRODUCTIONS, INC.,<br><br>Counterclaim-Defendant. | |

**PLAINTIFF/COUNTERCLAIM-DEFENDANT JEFF HUBBARD PRODUCTIONS, INC.'S ANSWER TO COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant Jeff Hubbard Productions, Inc. ("JHP") by its undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, hereby reply to the counterclaims contained in Defendant/Counterclaim-Plaintiff 43 North Broadway LLC's ("43 North") Answer, Affirmative Defenses, and Counterclaims [ECF No. 11] (the "Counterclaims") filed February 6, 2026, and respectfully allege affirmative defenses as follows:

**PARTIES**

1. JHP is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Counterclaims.

2. JHP admits the allegations of paragraph 2 of the Counterclaims.

## JURISDICTION AND VENUE

3. Responding to paragraph 3 of the Counterclaims, JHP admits that this Court has subject matter jurisdiction over the action, but denies that 43 North's state claims are valid, or that 43 North is entitled to any relief whatsoever.

4. Responding to paragraph 4 of the Counterclaims, JHP admits that this Court has personal jurisdiction over it, but denies that 43 North is entitled to any relief whatsoever.

5. Responding to paragraph 5 of the Counterclaims, JHP admits that venue is proper in this Court, but denies that 43 North is entitled to any relief whatsoever.

## FACTUAL ALLEGATIONS

6. JHP admits the allegations of paragraph 6 of the Counterclaims.

7. JHP is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Counterclaims and therefore denies the same.

8. JHP is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Counterclaims and therefore denies the same.

9. JHP admits that 43 North has represented itself to be the owner of the Vogues Masters with SoundExchange and avers that such conduct is unlawful (ECF No. 1, ¶ 17). JHP is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Counterclaims and therefore denies the same.

10. JHP admits the allegations of paragraph 10 of the Counterclaims, except denies the allegations to the extent 43 North is insinuating that it is a "[m]usic rights holder[]" with respect to the Vogues Masters.

11. JHP admits that it registered itself as an owner of the Vogues Masters with SoundExchange, and denies the remainder of the allegations of paragraph 11 of the Counterclaims.

12. JHP is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Counterclaims and therefore denies same.

13. JHP admits that it has provided 43 North with the Pais-JHP Agreement, and denies the remaining allegations of paragraph 13 of the Counterclaims.

14. JHP denies the allegations of paragraph 14 in the Counterclaims.

15. JHP denies the allegations of paragraph 15 in the Counterclaims.

16. JHP admits the allegations of paragraph 16 in the Counterclaims and avers that the Pais-JHP Agreement speaks for itself.

17. JHP denies the allegations of paragraph 17 in the Counterclaims and avers that the Pais-JHP Agreement speaks for itself.

18. JHP denies submitting "knowingly false claims to the SoundExchange," and denies that 43 North has been deprived of royalty payments that it is lawfully owed. JHP is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph 18 of the Counterclaims and therefore denies same.

**FIRST COUNTERCLAIM:**
**TORTIOUS INTERFERENCE WITH CONTRACTUAL RELATIONS**

19. JHP repeats, realleges, and incorporates herein by reference as though fully set forth herein, the statements and responses contained in the preceding paragraphs of this Answer.

20. JHP denies the allegations of paragraph 20 in the Counterclaims.

21. JHP denies the allegations of paragraph 21 of the Counterclaims.

22. JHP denies the allegations of paragraph 22 in the Counterclaims.

23. JHP denies the allegations of paragraph 23 in the Counterclaims.

**SECOND COUNTERCLAIM:**
**TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS**
**(in the alternative)**

24. JHP repeats, realleges, and incorporates herein by reference as though fully set forth herein, the statements and responses contained in the preceding paragraphs of this Answer.

25. JHP denies 43 North's allegation that it holds "rights in and to The Vogues Masters and their use across digital platforms." JHP is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of paragraph 25 of the Counterclaims and therefore denies the same.

26. JHP denies the allegations of paragraph 26 in the Counterclaims.

27. JHP denies the allegations of paragraph 27 in the Counterclaims.

28. JHP denies the allegations of paragraph 28 in the Counterclaims.

**PRAYER FOR RELIEF**

29. 43 North's Prayer for Relief requires no response, but JHP denies that 43 North is entitled to any of the forms of relief requested therein.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, because they fail to state any claim against JHP on which relief can be granted. *Inter alia*, even if 43 North's Counterclaims were not premised on invalid rights to the Vogues Masters (and they are), 43 North still fails to identify any contractual breach or damaged business relation as a proximate result of conduct by JHP.

**Second Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, because any alleged interference,

to the extent it was caused by JHP, was justified by JHP's legitimate business interests, including its good-faith efforts to protect its copyright rights in the Vogues Masters.

**Third Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, by the doctrine of unclean hands, given that 43 North's Counterclaims are premised on representations 43 North made to SoundExchange which are false.

**Fourth Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, because to the extent JHP interfered with the performance of any alleged contract, that contract is void and unenforceable.

**Fifth Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, by the applicable statute of limitations.

**Sixth Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, by the doctrines of waiver, acquiescence, laches, and/or estoppel.

**Seventh Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, because 43 North has not sustained any damages as a result of any act or omission attributable to JHP.

**Eighth Affirmative Defense**

43 North's Counterclaims are barred, in whole or in part, because the damages allegedly sustained by 43 North are too speculative and uncertain to warrant relief.

***

JHP reserves the right to assert additional affirmative defenses as discovery proceeds and

reserves the right to seek sanctions against 43 North for filing frivolous counterclaims after ample warning that they lack any factual basis.

## PRAYER FOR RELIEF

WHEREFORE, JHP respectfully requests that this Court enters judgment in this action:

1. denying all relief sought by 43 North in their Counterclaims;
2. dismissing the Counterclaims in their entirety with prejudice;
3. awarding JHP its costs, expenses, and attorneys' fees incurred in this case, including prejudgment interest; and
4. granting such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: New York, New York
May 5, 2026

**COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP**

*/s/* Leo M. Lichtman
Leo M. Lichtman
60 Broad Street, 30th Floor
New York, New York 10004
Tel.: (212) 974-7474
Fax: (212) 974-8474
llichtman@cdas.com

*Attorneys for Jeff Hubbard Productions, Inc.*