**CDAS**

LEO M. LICHTMAN
Partner
(212) 497-0913
...an@cdas.com

> Application granted. In light of defendant's written representation that it consents to entry of the proposed protective order (Doc. 20-1), the parties shall file the stipulation fully executed for the Court's consideration.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>     May 8, 2026

May 5, 2026

**VIA ECF**
Hon. Philip M. Halpern, USDJ
United States District Court, Southern
300 Quarropas Street
White Plains, NY 10601

Re:    *Jeff Hubbard Productions, Inc. v. 43 North Broadway LLC,* No. 7:25-cv-09821-PMH
    <u>Letter Seeking Entry of Protective Order</u>

Dear Judge Halpern[1]:

On behalf of Plaintiff/Counterclaim-Defendant Jeff Hubbard Productions, Inc. ("JHP") in the above-captioned matter, we write seeking entry of the proposed confidentiality agreement and protective order governing disclosure of confidential information ("Proposed PO"). A copy of the Proposed PO is attached, and pursuant to the Court's Individual Rule 1.I, does not deviate from the Court's model form.

Counsel for JHP first reached out to 43 North's counsel on **March 24, 2026**, attaching the Proposed PO and asking 43 North's counsel to confirm that it can be filed as stipulated. Counsel for JHP sent follow-up reminders via email on **March 27**, **March 31, April 15**, and **April 21**. If 43 North's counsel responded at all, it was simply to indicate that they would get back to JHP's counsel shortly. However, they never did.

On **April 28, 2026**, counsel for JHP served initial disclosures via email and noted: "[w]e will plan to move for entry of the protective order ourselves if we do not get confirmation that it can be filed jointly by the end of the week." On **April 30**, 43 North's counsel finally provided a substantive response, simply noting that it was "of concern that Judge Halpern's Protective Order does not include

---

[1] JHP filed this letter motion earlier today, but inadvertently did so under the "PROPOSED PROTECTIVE ORDER" entry. (ECF No. 20.) JHP hereby re-files the motion under the correct entry, and respectfully requests that the Court accept this filing as the operative motion and strike the prior filing. The undersigned apologizes for any inconvenience.

Cowan, DeBaets, Abrahams & Sheppard LLP

60 Broad Street          8447 Wilshire Blvd
30th Floor               Suite 425
New York, NY 10004       Beverly Hills, CA 90211          cdas.com

an Attorneys' Eyes Only provision," and that they were "discussing with our client and hope to have an update on our position tomorrow." Counsel for JHP responded the next day, indicating that "attorneys' eyes only" was addressed in paragraph 13, that JHP does not intend to take issue to the extent 43 North wishes to "treat certain documents and information as AEO," but that if 43 North felt additional terms in the Proposed PO were necessary, to please propose them so that JHP may consider them. To date, 43 North has still not responded.

JHP has patiently waited for 43 North's input in an effort to engender cooperation, but it has now been six (6) weeks since JHP first sought consent to file the basic form Proposed PO as stipulated, and 43 North has to date been unable to confirm approval. JHP regrets having to bring this motion, but the delay has already inhibited the parties' early information exchange for purposes of settlement, which 43 North had agreed to at the initial conference (*see* ECF No. 18, ¶ 10), and JHP is now concerned that further delay will prejudice its ability to meaningfully collect information in discovery, which is now underway.

Accordingly, JHP respectfully requests entry of the Proposed PO attached hereto.

We thank the Court for its time and consideration.

Respectfully Submitted,

*/s/Leo M. Lichtman*
Leo M. Lichtman

*Attorney for Jeff Hubbard Productions, Inc.*

cc:    All Counsel of Record (via ECF)