# Exhibit A

# EXHIBIT A

1. A Lover's Concerto
2. A Thousand Miles Away
3. Ain't That Just Like Me
4. Autumn
5. Baby Don't Go
6. Bells
7. Bonnie's Part Of Town
8. Brighter Days
9. Can't I Get To Know You
10. Catch Us If You Can
11. Come And Get Me
12. Don't Blame The Rain
13. Don't Cry To Me Babe
14. Everyone's Gone To The Moon
15. Five O'Clock World
16. Full of Tomorrows
17. Goodnight My Love
18. Hang On Sloopy
19. How Wonderful Is Our Love
20. Humpty Dumpty
21. It's Just The Way You Are
22. It's Not Unusual
23. Let's Hang On
24. Lonely Mixed-Up Kid
25. Lovers Of The World Unite
26. Magic Town
27. Make It Easy On Yourself
28. Make The World Go Away
29. Midnight Dreams
30. My Girl
31. My Troubles Are Not At An End
32. Nothing To Offer You
33. One More Sunrise
34. One Two Three
35. Over And Over Again
36. Please Mr. Sun
37. Run Baby Run
38. Some Words
39. Summer Afternoon
40. Sunday And Me
41. Take A Chance
42. That's The Tune
43. The Land Of Milk And Honey
44. We're True Lovers

45. Where Did We Go Wrong
46. You Baby
47. You Were On My Mind
48. You're The One