**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| JEFF HUBBARD PRODUCTIONS, INC., Plaintiff, | : | **CASE NO. 7:25-cv-09821-PMH** |
| v. | : | **ORAL ARGUMENT REQUESTED** |
| 43 NORTH BROADWAY, LLC, Defendant. | : | |

**NOTICE OF PARTIAL MOTION TO DISMISS**

Defendant 43 North Broadway, LLC ("Defendant" or "43 North"), by its attorneys, makes this motion, pursuant to Fed.R.Civ.P. 12(b)(6), seeking an Order dismissing, with prejudice, Count I (declaratory judgment) and Count III (breach of contract) of the Amended Complaint [Dkt. No. 33] of plaintiff Jeff Hubbard Productions, Inc. ("Plaintiff" or "JHP") for failure to state a claim, together with such other and further relief as this Court deems just and proper.

In support of its motion, 43 North relies upon this Notice of Partial Motion to Dismiss; the accompanying Memorandum of Law in Support of Defendant's Partial Motion to Dismiss; and all prior proceedings had herein.

Dated: New York, New York
October 5, 2026

Respectfully submitted,

**COZEN O'CONNOR**

By: /s/ *Lisa A. Ferrari*
Lisa A. Ferrari (LF8081)
Frederick Chu (6189435)
3 WTC, 175 Greenwich Street, 55th floor
New York, New York 10007
Telephone: 212-297-2699

Email: Lferrari@cozen.com
Fchu@cozen.com

*Attorneys for Defendant 43 North Broadway, LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **NOTICE OF MOTION TO DISMISS THE COMPLAINT** has been served upon all counsel of record *via* email on October 5, 2026:

Leo M. Lichtman, Esq. (llichtman@cdas.com)
Isabella Hyun, Esq. (ihyun@cdas.com)
Cowan DeBaets Abrahams & Sheppard LLP
60 Broad Street, 30th Floor
New York, New York 10004

*Attorneys for Plaintiff Jeff Hubbard Productions, Inc.*

/s/ *Lisa A. Ferrari*