UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFF HUBBARD PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>43 NORTH BROADWAY LLC,<br><br>Defendant. | CIVIL CASE NO.: 7:25-cv-09821-PMH |
| 43 NORTH BROADWAY LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>JEFF HUBBARD PRODUCTIONS, INC.,<br><br>Counterclaim-Defendant. | |

# DECLARATION OF LEO M. LICHTMAN

Leo M. Lichtman, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and a partner with the law firm of Cowan, DeBaets, Abrahams & Sheppard LLP, attorneys for Plaintiff/Counterclaim-Defendant Jeff Hubbard Productions, Inc. ("JHP").

2. I submit this declaration in support of JHP's Memorandum of Law in Opposition to the Partial Motion to Dismiss brought by Defendant/Counterclaim-Plaintiff 43 North Broadway LLC ("43 North") in this action, served October 5, 2026. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

3. Attached as **Exhibit A** is a document produced by 43 North in this action, bate-stamped 43NB00042 – 43NB00046.

4. Attached as **Exhibit B** is a document produced by 43 North in this action, bate-stamped 43NB00004 – 43NB00030.

5. Attached as **Exhibit C** is a document produced by 43 North in this action, bate-stamped 43NB00086 – 43NB00088.

6. Attached as **Exhibit D** is a true and correct copy of 43 North's Responses and Objections to JHP's First Set of Interrogatories, dated June 12, 2026.

7. Attached as **Exhibit E** is a true and correct copy of relevant excerpts from the transcript of the 30(b)(6) deposition of Curtis J. Frasca in this action, dated September 17, 2026.

8. Attached as **Exhibit F** is a true and correct copy of the transcript of the August 17, 2026 hearing before the Court in this action.

9. Attached as **Exhibit G** is a document produced by JHP in this action, bate-stamped JHP_000015.

10. Attached as **Exhibit H** are documents produced by JHP in this action, bate-stamped JHP_000652 – JHP_000659.

11. The pre-emption argument was not raised in the August 19, 2026 pre-motion to dismiss letter sent by 43 North's counsel in this action pursuant to Judge Halpern's Individual Rule 4(C)(ii). That letter is not attached as an exhibit, pursuant to the same rule directing parties not to submit copies to the Court, but may be provided on the Court's request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, NY
October 23, 2026

/s/ Leo M. Lichtman____
Leo M. Lichtman