# EXHIBIT A

# FILED UNDER SEAL [ECF 46-1]