# EXHIBIT B

# FILED UNDER SEAL [ECF 46-2]