# EXHIBIT C

# FILED UNDER SEAL [ECF 46-3]