# EXHIBIT G

# FILED UNDER SEAL [ECF 46-4]