# EXHIBIT H

# FILED UNDER SEAL [ECF 46-5]